STATE OF MONTANA, Plaintiff, vs. LOUISE K. CALLOWAY, Defendant.

## DECISION

No. DC-81-130

The application of the above-named defendant for a review of the sentence of 10 years imposed on January 15, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

The sentencing judge considered all the factors and the reasons for the sentence were clearly set out at the time of sentencing.

JUDGE GARY DISSENTS: He would recommend that 5 years be suspended from her sentence because of the long time between crimes and also to maintain uniformity in sentencing in the State of Montana.

We wish to thank Dennis Loveless of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of May, 1982.

### SENTENCE REVIEW DIVISION
Leonard Langen, Chairman; Joseph Gary, James Salansky

STATE OF MONTANA, Plaintiff, vs. TERRY LEWIS CHURCH, Defendant.

## DECISION

No. DC-81-71 & DC-81-13

The application of the above-named defendant for a review of the sentence of 5 years, forgery, dangerous; 2 years, theft, dangerous; consecutive imposed on October 19, 1981, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed except that the dangerous designation be removed from the sentence imposed for forgery and also from the sentence imposed for theft.

The dangerous designation does not comply with statutory requirements and therefore the Defendant shall be designated as a nondangerous offender for the purposes of parole eligibility.

We wish to thank Peggy Gilliam of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 13th day of May, 1982.

### SENTENCE REVIEW DIVISION
Leonard Langen, Chairman; Joseph Gary, Robert Boyd